NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL GEORGE YOUNG, JR.,          )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D16-4491
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender, and
Mark C. Katzef, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.